** EMBALMERS — LICENSE — EDUCATIONAL REQUIREMENTS ** (1) AN INDIVIDUAL WHOSE APPLICATION FOR AN EMBALMER OR FUNERAL DIRECTOR'S LICENSE IS DENIED BECAUSE THE INDIVIDUAL FAILS TO MEET THE MINIMUM EDUCATIONAL REQUIREMENT IS NOT AFFORDED AN APPELLATE REVIEW OF THE BOARD'S DECISION UNDER THE OKLAHOMA ADMINISTRATIVE PROCEDURES ACT, 75 O.S. 301 [75-301] ET SEQ. (1981) (2) WHETHER OR OTHER CIVIL REMEDIES, IF ANY, ARE AVAILABLE TO SUCH AN APPLICANT DEPENDS UPON WHICH CANNOT BE ADDRESSED IN AN ATTORNEY GENERAL OPINION. CITE: 59 O.S. 396 [59-396], 59 O.S. 396.26 [59-396.26], 59 O.S. 396.12 [59-396.12], 59 O.S. 396.13 [59-396.13], 75 O.S. 317 [75-317], 75 O.S. 318 [75-318], 75 O.S. 314 [75-314] (NEAL LEADER)